IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT NELSON

    Plaintiff,

v.

STATE OF OREGON; JACKSON COUNTY, OREGON,

    Defendants.
_____

Civ. No. 6:17-cv-01239-AA

JUDGMENT

This case is DISMISSED.

    DATED: 6/5/2018

                      Mary L. Moran, Clerk

                      By    /s/ Cathy Kramer
                            Deputy Clerk

1 –JUDGMENT